FILED

JUL 02 2010

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, HELENA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| CAROL ZULEGER, | ) | Cause No. 10-29-GF-SEH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BEAUTY SYSTEMS GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Carol Zuleger moves to remand this matter to State District Court. The motion is unopposed.

ORDERED:

Plaintiff's Motion to Remand to State District Court (Doc. No. 6) is GRANTED. The above matter is remanded to State District Court.

DATED this 2nd day of July, 2010.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge